# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MOHAMMAD MOSHARROF HOSSAIN, ) ) Plaintiff, ) ) v. ) ) OCWEN LOAN SERVICING, LLC, a ) Delaware Limited Liability Company), ) OCWEN FINANCIAL CORPORATION, ) a Florida Corporation, and RICHARD B. MANER, ) P.C., ) ) Defendants. ) | Civil No. 3:14-cv-0002 Judge Trauger Magistrate Judge Holmes |

## O R D E R

On August 13, 2015, the Magistrate Judge issued a Report and Recommendation (DE #94), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by Defendant Richard B. Maner, P.C. (DE #75) is GRANTED, and all claims against this Defendant are DISMISSED WITH PREJUDICE.

It is so **ORDERED.**

Enter this 8th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge