**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MOHAMMAD MOSHARROF HOSSAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-cv-0002 |
| | ) | (Consolidated with |
| OCWEN LOAN SERVICING, LLC, a | ) | Case No. 3:15-cv-1071) |
| Delaware Limited Liability Company), | ) | Judge Trauger |
| OCWEN FINANCIAL CORPORATION, | ) | |
| a Florida Corporation, and RICHARD B. MANER, | ) | |
| P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 21, 2016, the Magistrate Judge issued a Report and Recommendation (DE #167), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the following claims asserted by the plaintiff are DISMISSED:

1. Violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1962 et seq. ("RICO") (Counts II, III, and IV in both cases).

2. Intentional or reckless misrepresentations (Count IX in both cases).

3. Defamation (Count X in both cases).

4. Wrongful foreclosure initiation (Count XI in case 3:14-0002).

5. Intentional infliction of emotional distress (Count XV in case 3:14-0002 and Count XIV in case 3:15-1071).

6. Forced labor (Count XVIII in case 3:14-0002).

7. Violation of the Federal Trade Commission Act, 15 U.S.C. § 45(a)(1) ("FTCA") (Count XXI in case 3:14-0002 and Count XIX in case 3:15-1071).

8. Reckless and wanton misconduct (Count XXIV in case 3:14-0002 and Count XXII in case 3:15-1071).

9. Unbelievable degradation, humiliation, disrespect, and false hopes claims (Count XXV in case 3:14-0002).

It is so **ORDERED.**

Enter this 30th day of November 2016.

_____
ALETA A. TRAUGER
U.S. District Judge